## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lynna K. Gehman      CHAPTER 13
   Daniel R. Gehman

      <u>Debtors</u>     BKY. NO. 18-11930 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

     Respectfully submitted,


     **<u>/s/ Kevin G. McDonald, Esquire</u>**
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322 FAX (215) 627-7734