United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11930-ref
Daniel R. Gehman                                                        Chapter 13
Lynna K. Gehman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 2            Date Rcvd: Apr 16, 2018
                             Form ID: 309I           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
db/jdb         +Daniel R. Gehman,    Lynna K. Gehman,    775 Sylvan Road,    Lancaster, PA 17601-2442
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
14078077       +Affirm Inc,    Affirm Incorporated,    Po Box 720,   San Francisco, CA 94104-0720
14078083       +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                 Hazelwood, MO 63042-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: avgrbach@aol.com Apr 17 2018 01:41:20     ALAINE V. GRBACH,
                 Alaine V. Grbach, Esquire,    675 Estelle Drive,   Lancaster, PA  17601
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2018 01:41:36
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2018 01:41:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 17 2018 01:41:46     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14078078       +EDI: AMEREXPR.COM Apr 17 2018 05:38:00     Amex,   Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
14078079       +E-mail/Text: bankruptcy@cavps.com Apr 17 2018 01:41:50     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
14079685       +E-mail/Text: bankruptcy@cavps.com Apr 17 2018 01:41:50     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14078080       +EDI: CHASE.COM Apr 17 2018 05:38:00     Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
14084234        EDI: DISCOVER.COM Apr 17 2018 05:38:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14078081       +EDI: DISCOVER.COM Apr 17 2018 05:38:00     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14078082        EDI: JEFFERSONCAP.COM Apr 17 2018 05:38:00     Jefferson Capital Systems, LLC,    Po Box 7999,
                 Saint Cloud, MN 56302
14078084       +EDI: CBSKOHLS.COM Apr 17 2018 05:38:00     Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
14078085       +EDI: RESURGENT.COM Apr 17 2018 05:38:00     LVNV Funding/Resurgent Capital,    Po Box 10497,
                 Greenville, SC 29603-0497
14078086        E-mail/Text: camanagement@mtb.com Apr 17 2018 01:41:31     M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14078087       +EDI: MID8.COM Apr 17 2018 05:38:00     Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
14078088       +E-mail/Text: Bankruptcies@nragroup.com Apr 17 2018 01:42:07     National Recovery Agency,
                 Attn: Bankruptcy,   Po Box 67015,    Harrisburg, PA 17106-7015
14078090        EDI: PRA.COM Apr 17 2018 05:38:00     Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14083875        EDI: PRA.COM Apr 17 2018 05:38:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14078089       +E-mail/Text: bkrnotice@prgmail.com Apr 17 2018 01:41:46     Paragon Revenue Group,
                 Attn: Bankruptcy,   216 Le Phillip Ct Ne,    Concord, NC 28025-2954
14078091       +EDI: DRIV.COM Apr 17 2018 05:38:00     Santander Consumer USA,    Po Box 961245,
                 Ft Worth, TX 76161-0244
14078092       +EDI: SWCR.COM Apr 17 2018 05:38:00     Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
14078825       +EDI: RMSC.COM Apr 17 2018 05:38:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
                 Reading, PA 19606-0410
14079686*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Apr 16, 2018
                              Form ID: 309I           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
          ALAINE V. GRBACH    on behalf of Debtor Daniel R. Gehman avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Joint Debtor Lynna K. Gehman avgrbach@aol.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Daniel R. Gehman** | Social Security number or ITIN  **xxx–xx–4105** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lynna K. Gehman** | Social Security number or ITIN  **xxx–xx–6477** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **13   3/23/18** |
| Case number: | **18–11930–ref** | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                            12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel R. Gehman | Lynna K. Gehman |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 775 Sylvan Road<br>Lancaster, PA 17601 | 775 Sylvan Road<br>Lancaster, PA 17601 |
| 4. | **Debtor's attorney**<br>Name and address | ALAINE V. GRBACH<br>Alaine V. Grbach, Esquire<br>675 Estelle Drive<br>Lancaster, PA 17601 | Contact phone (717) 898–8402<br>Email: avgrbach@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 4/16/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 15, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>2901 St. Lawrence Ave, Reading, PA 19606 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/14/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/1/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/19/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $100.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/14/18** at **09:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |