📶 AT&T 📶     7:02 PM     🔒 75% 🔋

🔒 att.com

Rate Code:
MSG4    = Family Messaging Unlimited

717 606-████
LYNNA K. GEHMAN

## Call Detail

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| **Monday, 06/19** | | | | | | | |
| 04:41p | INCOMI CL | 717-████ | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| **Tuesday, 06/20** | | | | | | | |
| 07:12p | INCOMI CL | 717-████ | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| **Wednesday, 06/21** | | | | | | | |
| 04:58a | Toll F CL | 800-226-5228 | UNW9 | | 2 | 0.00 | 0.00 |
| 05:10p | LANCAS PA | 717-████ | ESM1 | M2MC | 1 | 0.00 | 0.00 |
| 05:11p | LANCAS PA | 717-████ | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 05:17p | Roadsi CL | ████ | FM1N | | 16 | 0.00 | 0.00 |
| 05:38p | LANCAS PA | ████ | XFTP | | 1 | 0.00 | 0.00 |
| 05:40p | INCOMI CL | ████ | XFTP | | 29 | 0.00 | 0.00 |
| 06:37p | INCOMI CL | ████ | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 07:06p | INCOMI CL | ████ | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 07:22p | INCOMI CL | 71█-████ | ESM1 | M2MC | 3 | 0.00 | 0.00 |
| 07:30p | INCOMI CL | ████-███7 | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| 08:10p | INCOMI CL | ████ | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| **Thursday, 06/22** | | | | | | | |
| 02:42a | Toll F CL | 800-226-5228 | UNW9 | | 2 | 0.00 | 0.00 |
| 02:48a | Toll F CL | 800-228-4015 | UNW9 | | 2 | 0.00 | 0.00 |
| 06:48a | Toll F CL | 800-228-4015 | XFTP | | 3 | 0.00 | 0.00 |
| 05:43p | Toll F CL | 877-258-1593 | XFTP | | 1 | 0.00 | 0.00 |
| 05:48p | INCOMI CL | 888-222-4227 | XFTP | | 3 | 0.00 | 0.00 |
| **Friday, 06/30** | | | | | | | |
| 11:04p | INCOMI CL | ████ | UNW9 | | 1 | 0.00 | 0.00 |
| **Thursday, 07/06** | | | | | | | |
| 06:09p | Toll F CL | 800-724-1633 | XFTP | | 7 | 0.00 | 0.00 |
| **Friday, 07/07** | | | | | | | |
| 08:06a | Toll F CL | 800-724-1633 | XFTP | | 6 | 0.00 | 0.00 |
| 08:16a | Toll F CL | 800-325-6000 | XFTP | | 2 | 0.00 | 0.00 |
| 09:18a | Toll F CL | 800-724-1633 | XFTP | | 1 | 0.00 | 0.00 |
| 09:21a | Toll F CL | 800-724-1633 | XFTP | | 1 | 0.00 | 0.00 |
| 09:42a | Toll F CL | 800-724-1633 | XFTP | | 2 | 0.00 | 0.00 |
| 09:44a | Toll F CL | 800-724-1633 | XFTP | | 1 | 0.00 | 0.00 |
| 09:50a | Toll F CL | 800-724-1633 | XFTP | | 2 | 0.00 | 0.00 |
| 09:56a | Toll F CL | 800-724-1633 | XFTP | | 15 | 0.00 | 0.00 |
| 10:30a | ALVIN TX | 281-245-0794 | XFTP | | 1 | 0.00 | 0.00 |
| 10:47a | Toll F CL | 800-724-1633 | XFTP | | 1 | 0.00 | 0.00 |
| 10:50a | Toll F CL | 800-724-1633 | XFTP | | 15 | 0.00 | 0.00 |
| 11:21a | EPHRAT PA | 7██-████ | XFTP | | 4 | 0.00 | 0.00 |
| 03:04p | LANCAS PA | ████ | ESM1 | M2MC | 2 | 0.00 | 0.00 |
| **Tuesday, 07/11** | | | | | | | |
| 11:22a | INCOMI CL | ████ | XFTP | | 1 | 0.00 | 0.00 |

# HARDSHIP WITHDRAWAL FORM
## Cenveo 401(k) Savings and Retirement Plan

\*\*\*  \*\*\*

| PARTICIPANT'S NAME | SOCIAL SECURITY NO. |
|---|---|
| Daniel R. Gehman | ██████ |
| CONTACT PHONE NUMBER | E-MAIL ADDRESS |
| ██████ | ██████ |

## I. REQUEST FOR HARDSHIP WITHDRAWAL

NOTE: You may obtain the dollar amount of your vested account that is available for a hardship withdrawal by contacting John Hancock. The amount requested for withdrawal will be taken from each of your underlying investments, including the Employer Stock Fund(s) ("Stock") of your available vested account, on a pro-rata basis. Any amounts derived from Stock will be paid in cash.

A. I am applying to make a hardship withdrawal from my vested account in the amount of $7371.56 (Minimum withdrawal of $500).

- This amount cannot exceed the amount supported by your acceptable documentation (see below) and is subject to the balance available for withdrawal in your account.
- If the amount available to withdraw is less than the amount you requested, you will receive your entire available amount.
- Any amount paid to you may be reduced by applicable taxes.
- Only the amount supported by acceptable documentation will be processed, even if it is less than the amount requested. A subsequent request will be treated as a new hardship withdrawal and be subject to an additional fee.

B. Please check the reason for the hardship request below and submit the appropriate documentation to substantiate this request. Please see the attached Hardship Withdrawal Guidelines for additional details regarding the required documentation.

| | Reason | Documentation to substantiate request |
|---|---|---|
| ☐ | To purchase my principal residence (excluding mortgage payments) | Fully executed purchase and sales agreement which satisfactorily indicates that the amount requested will be used for the purchase of your principal residence |
| ☐ | To pay unreimbursed expenses for medical care for me, my spouse, or any of my dependents | Copy of medical bill(s) not more than 6 months old. Medical bill(s) must identify name of individual, service rendered, date of service, billed amount, amount paid by insurance (if applicable), outstanding amount |
| ☐ | To pay unreimbursed tuition and related educational expenses for the next 12 months of post-secondary education for myself, my spouse, or any of my dependents | Copy of tuition bill for current semester and/or next semester/copy of bill(s) for related educational expenses |
| ☒ | To make payments necessary to prevent eviction from my principal residence or foreclosure on the mortgage of my principal residence | Copy of eviction or foreclosure notice. Note: The address on the eviction or foreclosure notice must be the same as the address on your account, unless the address on your account is a P.O. Box. If the address on your account is a P.O. Box, you must submit a copy of a utility bill that states your physical address that matches the address on the eviction or foreclosure notice. |



35953418001

Page 1 of 3

# HARDSHIP WITHDRAWAL FORM
## Cenveo 401(k) Savings and Retirement Plan

\*\*\*  \*\*\*

| PARTICIPANT'S NAME | SOCIAL SECURITY NO. |
|---|---|
| Daniel R. Gehman | |

| | | |
|---|---|---|
| ☐ | To pay for funeral and/or burial expenses for my deceased parent, spouse, child or dependent | Copy of funeral and/or burial bill not more than 6 months old |
| ☐ | To repair damage to my principal residence due to a casualty (e.g., fire, storm, disaster declared by the federal government that can be deducted on tax return under casualty provision) | Copy of repair bill(s) to principal residence which satisfactorily indicate that the repairs are needed due to casualty loss and are not more than 6 months old |

## II. TAX WITHHOLDING

You may elect to have (or not have) federal income tax withheld from your hardship withdrawal by checking Option A or B below.

If you elect to have no amount withheld, or if you do not have enough federal income tax withheld, you may be responsible for payment of estimated tax. You may incur penalties under the estimated tax rules if your withholding and estimated tax payments are not sufficient. You should consult your tax advisor for more information.

**NOTE:** If no election is made, 10% will automatically be withheld for federal income tax, and the appropriate percentage will be withheld for state income tax (if applicable). In addition, the amount withdrawn **will not** be increased to cover the tax withholding. The distribution may also be subject to an additional 10% early withdrawal penalty if you are under age 59½.

**Elect One**

☐  A.  I **elect** to have federal income tax, at the rate of 10%, and state income tax (if applicable) withheld from my hardship withdrawal. **Additional Amount to be Withheld (if any): $**_____

  ☒  I also elect to increase the amount of my withdrawal to cover the applicable federal and state income tax withholding.

  ☐  I do not elect to increase the amount of my withdrawal to cover the applicable federal and state income tax withholding.

☐  B.  I **do not elect** to have federal or state income tax withheld from my hardship withdrawal.

## III. HARDSHIP WITHDRAWAL INFORMATION AND CERTIFICATION

A.  I hereby certify that I have no other financial resources available to me to meet this financial hardship. I hereby certify that this financial need cannot be relieved:

  1)  through reimbursement of insurance or otherwise;

  2)  by reasonable liquidation of my assets including assets of my spouse and dependents, to the extent such liquidation would not itself cause an immediate and heavy financial need;


35953418001

# HARDSHIP WITHDRAWAL FORM
## Cenveo 401(k) Savings and Retirement Plan

\*\*\*
\*\*\*

| PARTICIPANT'S NAME | SOCIAL SECURITY NO. |
|---|---|
| Daniel R. Gehman | |

3) by cessation of my contributions to the Plan; or,

4) by other distributions or loans from plans maintained by the Company or by any other employer, or by borrowing from commercial sources on reasonable commercial terms.

B. I understand that, following my hardship withdrawal, I will be suspended from making contributions to the Plan for at least 6 months.

## IV. SIGNATURE

I understand that I have the option to have this distribution directly deposited into my bank account by accessing mylife.jhrps.com to set up my banking information or to confirm existing banking information on file, if applicable.

I certify that there is no pending domestic relations order or court approved domestic relations order which has, or will, assign all or a part of my vested account to my spouse, former spouse, child or other dependent. I understand that a false statement by me may result in legal damages for which I will be fully responsible.

I also understand that a fee of $75.00 will be charged to my account for the processing of the withdrawal. I certify that the information provided, including the attached documentation, is true and accurate. I acknowledge that the payment amount may be less than the specific dollar amount I may have requested above due to Plan limitations, processing fees, and/or market fluctuations that may affect the amount available for withdrawal at the time payment is made. I understand that this withdrawal may not be repaid to the Plan.

Signature of Participant: _____  Date: 6-23-17

Return this form to: John Hancock Retirement Plan Services, LLC, P.O. Box 940, Norwood, MA 02062-0940.


35953418001

Page 3 of 3

**M&T Bank**

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

6-750-27856-0016620-001-000-000-000-000

DANIEL R GEHMAN
LYNNA K GEHMAN
775 SYLVAN RD
LANCASTER PA 17601-2442

## Mortgage Statement





Statement Date:   08/16/17

### Account Information

Property Address: 775 SYLVAN RD, LANCASTER PA 17601
Interest Rate: 4.750%
Maturity Date: 07/2041
Outstanding Principal: $123,168.25
Escrow Balance: 

*This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-3224 or fax your request to 1-866-409-2052.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $284.09 |
| Interest | +$505.68 |
| Escrow (taxes/insurance) | +$362.97 |
| MIP/PMI | +$146.94 |
| Overage / Shortage | +$94.94 |
| **Regular Monthly Payment** | **$1,434.29** |
| Amount Unpaid from Prior Statement | +$5,737.18 |
| Unpaid Late Charges | +$172.11 |
| Returned Item (NSF) fee(s) | +$28.00 |
| **Total Amount Due 09/01/17** | **$7,371.66** |

### Important Messages

Your account is severely past due. We want to help you avoid further damage to your credit and avoid the possible loss of your home. We may be able to offer you special assistance during this difficult time. Additionally, advances may have occurred on your loan since this statement was produced. Please call us at 1-800-724-1830 to obtain an updated amount required to bring your loan current or to discuss alternate repayment options that may be available to you.

***Please note, there is currently $200.11 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $832.37 |
| Interest | $0.00 | $1,836.95 |
| Escrow (Taxes & Insurance) | $0.00 | $1,577.82 |
| Fees | $0.00 | $255.25 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$4,502.29** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/18/17 | 08/17 | Property Inspection | | | | | | | | $14.50 |
| 08/02/17 | 07/17 | MIP/PMI Disbursement | | | | $146.94 | | | | |
| 08/16/17 | 08/17 | Late Charge | | | | | | | | $57.97 |

---

**M&T Bank**

DANIEL R GEHMAN
LYNNA K GEHMAN

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

**AMOUNT DUE**   $7,371.66
07/01/17   $7,429.66

Please designate how you want us to apply any additional funds

Additional Principal    $
Additional Escrow       $
Unpaid Late Charges     $
Other (must specify)    $

Total Amount Enclosed   $

INTERNET REPRINT



06/16/2017

8-750-27856-0016820-001-000-000-000-000
DANIEL R GEHMAN
LYNNA K GEHMAN
775 SYLVAN RD
LANCASTER PA 17601-2442

DELINQUENCY INFORMATION

Account Number: 

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

Our records indicate we have not received the most recent payments due on the above mortgage account. Your loan became delinquent on 03/02/2017. As of 06/16/17 the payments are 107 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorney fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult www.hud.gov/counseling to obtain a list of HUD approved housing counseling agencies.

Please call M&T today at 1-800-724-1633 between the hours of 8:00 A.M. and 9:00 P.M. (EST) Monday through Thursday, 8:00 A.M. and 5:00 P.M. (EST) Friday, or 8:00 A.M. and 12:00 P.M. (EST) Saturday to obtain more information or to discuss payment arrangements to protect any interest you may have in the property.

**Recent Account History**

- Payment due 01/01/17: Fully paid on 01/31/2017
- Payment due 02/01/17: Fully paid on 04/01/2017
- Payment due 03/01/17: Payment of $1,434.29 remains outstanding
- Payment due 04/01/17: Payment of $1,434.29 remains outstanding
- Payment due 05/01/17: Payment of $1,434.29 remains outstanding
- Payment due 06/01/17: Payment of $1,434.29 remains outstanding

- Current mortgage account payment due 07/01/17: $1,434.29
- Outstanding Fees/Charges: $200.11

    **Total amount needed to bring mortgage loan account current: $7,371.55**

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

- **Payment by mail**
  P.O. Box 62182
  Baltimore, MD 21264-2182
- **Online payment**
  https://onlinebanking.mtb.com
- **Pay-by-phone**
  1-866-241-0014
- **Automatic deduction**
  Enroll at
  https://onlinebanking.mtb.com
- **Pay at any M&T branch or through Western Union**
  Call 1-800-724-1627 for nearest Western Union location

*A fee may apply for this service*

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
- Sign-up for recurring automatic deductions
- One-time payments
- Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.https //onlinebanking.mtb.com. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional amount:** Please designate how you want additional funds to be applied. We will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied in the following order: escrow advances, late charges, NSF fees, payment shortages, all other fees and/or Principal. If you prefer additional funds to be applied in a different manner please be sure to designate how you want the funds applied. Regardless of account status, principal prepayments will only be applied to your account if your contract allows for prepayments. Please review the transaction activity on the front of this statement and notify M&T Bank within 60 days of receipt of this billing statement if you would like any additional funds to be applied in a different manner than what has been detailed herein.
- **Crediting of Payments:** Please be prompt. Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and is accompanied by a Payment Stub (Remittance Coupon) for the Account, and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.
- **Important Bankruptcy Notice:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.
- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

## INFORMATION ABOUT MORTGAGE COUNSELING OR ASSISTANCE

If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the last five (5) digits of your Social Security Number to access this automated service. Automated information is available Monday - Saturday, 7:00 a.m. to 11:00 p.m. Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR SERVICEMEMBERS

Pursuant to the Servicemembers Civil Relief Act you & your dependents may be eligible for certain benefits and/or protections.
For further information please contact our SCRA Servicing Team by phone 8:30am-5pm (EST) Monday-Friday, Toll Free at 1-855-360-SCRA (7272), or at 1-302-934-1072, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when assisted by a M&T Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

*May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4042

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage the amount of which must be at least equal to the lesser of the full replacement cost coverage amount or your current loan amount. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.
- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following:
  M&T Bank, its Successors and/or Assigns, Mortgage loan#_____ P.O. Box 5733, Springfield, OH 45501-5738
  If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.myCoverageInfo.com and referencing PIN # MT733. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).
- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1558 so that we may guide you through this process.
- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address:
  M&T Bank, P.O. Box 23628, Rochester, NY 14692. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts on non-escrow accounts. For property tax related questions please call 1-866-406-0049 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

MEMBER FDIC

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you. Thank you!



☗ (new!) ✉ MENU... ▼

logout
Hello,
Daniel R.!

Cenveo 401(k) Savings and Retirement Plan

## Activity History as of 05/11/2018

**Date:** ❶

| Custom ▼ |

**From:**

| 06/24/2017                    📅 |

**To:**

| 06/30/2017                    📅 |

**Show:**

| All Transactions ▼ |

| All Status ▼ |

| **Refresh** |

—     06/28/2017         Distribution - Hardship

**Details**

| | |
|---|---|
| **Pay to the Order of:** | Daniel R. Gehman |
| **Address Line 1:** | 775 Sylvan Road |
| **Address Line 2:** | Lancaster, PA 17601 |
| **Check Status:** | CLEARED |
| **Payment Reason:** | Hardship |
| **Paid to Participant:** | Yes |
| **Date Cleared:** | 07/06/2017 |
| **Gross Distribution:** | $8,190.62 |
| **Federal Tax Withheld:** | $819.06 |
| **Net Check Amount:** | $7,371.56 |
| **Date Mailed:** | 06/29/2017 |
| **Check Date:** | 06/28/2017 |
| **Method of Payment:** | Direct Payment |

**Tax Information**

| | |
|---|---|
| **Tax Year:** | 2017 |
| **1. Gross Distribution:** | $8,190.62 |
| **5. Less Employee Contribution:** | $0.00 |
| **6. Less Unrealized Gain:** | $0.00 |
| **2a. Taxable Amount:** | $8,190.62 |
| **3. Capital Gain:** | $0.00 |
| **7. Distribution Code:** | 1 |
| **2b. Total Distribution:** | No |
| **IRA/SEP:** | No |

*John Hancock*
RETIREMENT
PLAN SERVICES

© 2018 All Rights Reserved.

Recommended Settings - Account Security - Privacy - Legal - Contact

John Hancock Retirement Plan Services, LLC is also referred to as "John Hancock".

The content of this website is for general information only and is believed to be accurate and reliable as of posting date but may be subject to change. John Hancock does not provide investment, tax, or legal advice. Please consult your own independent advisor as to any investment, tax, or legal statements made herein.

All plan information is confidential and you agree to safeguard and protect such information in accordance with the standards required by law and use such information only for authorized plan administration purposes.

John Hancock Retirement Plan Services, LLC offers administrative or recordkeeping services to sponsors and administrators of retirement plans, as well as a platform of investment alternatives that is made available without regard to the individualized needs of any plan. Unless otherwise specifically stated in writing, John Hancock Retirement Plan Services, LLC does not, and is not undertaking to, provide impartial investment advice or give advice in a fiduciary capacity. John Hancock Trust Company LLC provides trust and custodial services to such plans.

JH Enterprise® is a registered trademark by John Hancock Life Insurance Company (U.S.A.).

NOT FDIC INSURED | MAY LOSE VALUE | NOT BANK GUARANTEED

MS-P33032-GE

v: 2.1.6696.28770[R] | tid: 66 | t: 2018.05.14 10:38:16 | h: wwwcd.bcomplete.com - WWW-S06 | cid: af9c7c06-2b00-4205-be6f-4cdebe6522b0