United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-11930-ref
Daniel R. Gehman                                                Chapter 13
Lynna K. Gehman
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Apr 23, 2019
                              Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
```
db/jdb         +Daniel R. Gehman,    Lynna K. Gehman,    775 Sylvan Road,    Lancaster, PA 17601-2442
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2019 02:17:51      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
```
              ALAINE V. GRBACH    on behalf of Plaintiff Lynna K. Gehman avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Plaintiff Daniel R. Gehman avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Joint Debtor Lynna K. Gehman avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor Daniel R. Gehman avgrbach@aol.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT WATERMAN     ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Defendant    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: DAVID R. GEHMAN and         :
      LYNNA K. GEHMAN,         :    Case No. 18-11930REF
          Debtor         :    Chapter 13

# ORDER DENYING OBJECTION TO CLAIM

AND NOW, this 23 day of April, 2019, upon Debtors' objection to Claim 17 of Lakeview Loan Servicing, LLC, and upon the basis of the objection being Lakeview's assessment of certain fees and costs against Debtors, and upon the hearing on Debtors' objection on April 18, 2019, to determine the fees and costs contained in Claim 17, and upon it appearing that the issues raised by Debtors in their objection could have and should have been raised in state court in the context of the litigation of Lakeview against them, in which litigation Lakeview obtained a judgment against Debtors that included fees and costs, and upon my pressing counsel for Debtors to explain how and why Debtors failed to raise in state court the issues now before me, and upon counsel's inability to provide any excuse or reason for failing to raise the issue in the state court proceeding, and upon Debtors' asking me to act as an appellate court reviewing the state court decision, and upon the impact of collateral estoppel and the Rooker-Feldman doctrine, and upon the colloquy between Debtors' counsel and me in

open court at the conclusion of the April 18 hearing, which colloquy I hereby incorporate into this Order,

IT IS HEREBY ORDERED, based upon the above, that Debtors' objection to Lakeview's Claim 17 IS DENIED.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge