**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **DANIEL R. GEHMAN,** | | |
| **LYNNA K. GEHMAN,** | : | |
| | : | CASE NO. 18-11930 |
| DEBTORS. | | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, Alaine V. Grbach, Esq., do hereby certify that a copy of the Application, Proposed Order and Notice of the Application for Approval of Compensation to Counsel to Debtor, was forwarded either by e-notice or mailed via first class mail postage prepaid on 25th day of August, 2019 to the following:

ALL CREDITORS ON MATRIX and all e-notice parties
(see attached service list)

The Debtors, DANIEL AND LYNNA GEHMAN

**Trustee Scott Waterman, Esquire,**
Office of the U.S. Trustee
PO Box 40119
Philadelphia, PA  19106

Respectfully submitted,

/s/ Alaine V. Grbach
675 Estelle Drive
Lancaster, PA 17601
(717) 898-8402
Attorney ID No.  45485
Attorney for Debtor