# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Daniel R. Gehman, Lynna K. Gehman, Debtor(s)

Case No. 18-11930
Chapter 13

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THISI HONORABLE COURT:

Kindly withdraw Document No. 49.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Respectfully submitted,

Date: August 25, 2019

Attorney: /s/Alaine V. Grbach
Alaine V. Grbach 45485

Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402
Fax: 1-866-928-4707
avgrbach@aol.com