## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :

**DANIEL R. GEHMAN &**
**LYNNA K. GEHMAN,**

CHAPTER 13

: CASE NO. 18-11930

DEBTORS.

:

## ADDENDUM TO THIRD AMENDED PLAN

1. Debtors filed a Third Amended Plan on August 210, 2019 ("the Plan").

2. The Plan is underfunded by $268.76.

3. In order to fully fund the Plan, the 60th and final plan payment shall be increased to $725.76.

4. All remaining provision of the Second Amended Plan shall remain in full force and effect and shall not be affected by this Addendum.

Respectfully submitted,

**DATED: September 11, 2019**             /s/ **Alaine V. Grbach, Esquire**
Alaine V. Grbach, Esquire
Counsel to Debtor
675 Estelle Drive
Lancaster, PA 17601
(717) 898-8402 - telephone
866-928-4707 - facsimile
I.D. No.: 45485