**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **DANIEL R. GEHMAN** | : | Chapter 13 |
| | **LYNNA K. GEHMAN,** | : | |
| | | : | |
| | **Debtors** | : | Bky. No. 18-11930 ELF |

**ORDER CONFIRMING PLAN UNDER CHAPTER 13**

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A.  a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

B.  the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C.  any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**, **SUBJECT TO THE FOLLOWING**: [1]

*Notwithstanding §7(a)(2) of the Plan, by agreement of the parties, the Debtor may effect a cure of the prepetition delinquency on the claim of Lakeview Loan Servicing, LLC by paying the amount stated in §4(b) of the Plan, rather than the arrearage amount stated in Lakeview's proof of claim (Claim No. 17).*

Date: **September 12, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

1. See In re Shafer, 99 B.R. 352, 355 (W.D. Mich. 1989); In re Brewery Park Associates, L.P., 2011 WL 1980289, at *4 n.4 (Bankr. E.D. Pa. Apr. 29, 2011); see also In re T-H New Orleans Ltd. Partnership, 188 B.R. 799, 809 (E.D. La. 1995) (court may condition confirmation on conditions that do not substantially alter the plan).