United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Daniel R. Gehman
Lynna K. Gehman
       Debtors

Case No. 18-11930-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Sep 12, 2019
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db/jdb         +Daniel R. Gehman,    Lynna K. Gehman,    775 Sylvan Road,    Lancaster, PA 17601-2442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 02:56:45      Synchrony Bank,
        c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                            TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
          ALAINE V. GRBACH    on behalf of Plaintiff Lynna K. Gehman avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Plaintiff Daniel R. Gehman avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Joint Debtor Lynna K. Gehman avgrbach@aol.com
          ALAINE V. GRBACH    on behalf of Debtor Daniel R. Gehman avgrbach@aol.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG    on behalf of Defendant    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                      TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DANIEL R. GEHMAN | : | Chapter 13 |
| | LYNNA K. GEHMAN, | : | |
| | | : | |
| | Debtors | : | Bky. No. 18-11930 ELF |

**ORDER CONFIRMING PLAN UNDER CHAPTER 13**

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A.    a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

    B.    the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C.    any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

    **WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**, **SUBJECT TO THE FOLLOWING**: [1]

*Notwithstanding §7(a)(2) of the Plan, by agreement of the parties, the Debtor may effect a cure of the prepetition delinquency on the claim of Lakeview Loan Servicing, LLC by paying the amount stated in §4(b) of the Plan, rather than the arrearage amount stated in Lakeview's proof of claim (Claim No. 17).*

Date: **September 12, 2019**

                                 **ERIC L. FRANK**
                                 **U.S. BANKRUPTCY JUDGE**

---

1.    See In re Shafer, 99 B.R. 352, 355 (W.D. Mich. 1989); In re Brewery Park Associates, L.P., 2011 WL 1980289, at *4 n.4 (Bankr. E.D. Pa. Apr. 29, 2011); see also In re T-H New Orleans Ltd. Partnership, 188 B.R. 799, 809 (E.D. La. 1995) (court may condition confirmation on conditions that do not substantially alter the plan).