United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Daniel R. Gehman
Lynna K. Gehman
    Debtors

Case No. 18-11930-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Virginia      Page 1 of 1      Date Rcvd: Sep 18, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
db/jdb      +Daniel R. Gehman,   Lynna K. Gehman,   775 Sylvan Road,   Lancaster, PA 17601-2442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
          ALAINE V. GRBACH   on behalf of Plaintiff Lynna K. Gehman avgrbach@aol.com
          ALAINE V. GRBACH   on behalf of Plaintiff Daniel R. Gehman avgrbach@aol.com
          ALAINE V. GRBACH   on behalf of Joint Debtor Lynna K. Gehman avgrbach@aol.com
          ALAINE V. GRBACH   on behalf of Debtor Daniel R. Gehman avgrbach@aol.com
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD   on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG   on behalf of Defendant   Santander Consumer USA Inc.
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                              TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | CHAPTER 13 |
| --- | --- | --- |
| **DANIEL R. GEHMAN. &,** <br> **LYNNA K. GEHMAN,** : | | |
| DEBTORS. | : <br> : | CASE NO. 18-11930 |

### ORDER

**AND NOW,** upon consideration of the Application, for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,500.00 ,

less $1,275.00  which was paid by the Debtors prepetition,

to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date:  9/17/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**