| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-11930-PMM

DANIEL R  GEHMAN  
LYNNA K  GEHMAN  
775 SYLVAN ROAD  
LANCASTER  PA    17601

Petition Filed Date: 03/23/2018  
341 Hearing Date: 05/15/2018  
Confirmation Date: 09/12/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $687.00 | | 02/25/2019 | $687.00 | | 03/25/2019 | $687.00 | |
| 04/23/2019 | $687.00 | | 05/24/2019 | $285.92 | | 06/24/2019 | $285.92 | |
| 07/22/2019 | $285.92 | | 08/30/2019 | $285.92 | Monthly Plan P | 10/01/2019 | $285.92 | |
| 10/29/2019 | $285.92 | | 12/02/2019 | $285.92 | | 12/31/2019 | $285.92 | |
| 01/31/2020 | $475.92 | | 03/04/2020 | $475.92 | | 04/13/2020 | $475.92 | |
| 05/01/2020 | $475.92 | | 06/05/2020 | $475.92 | | 07/06/2020 | $475.92 | |
| 08/06/2020 | $475.92 | | | | | | | |

**Total Receipts for the Period: $8,366.80   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,854.80**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $1,416.13 | $0.00 | $1,416.13 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $1,633.49 | $0.00 | $1,633.49 |
| 16 | BECKET & LEE, LLP<br>»» 016 | Unsecured Creditors | $575.03 | $0.00 | $575.03 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $4,288.63 | $0.00 | $4,288.63 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $3,417.62 | $0.00 | $3,417.62 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $1,422.10 | $0.00 | $1,422.10 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 020 | Unsecured Creditors | $554.53 | $0.00 | $554.53 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 021 | Unsecured Creditors | $389.81 | $0.00 | $389.81 |
| 9 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 009 | Unsecured Creditors | $427.04 | $0.00 | $427.04 |
| 10 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 010 | Unsecured Creditors | $422.48 | $0.00 | $422.48 |
| 18 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 018 | Unsecured Creditors | $554.03 | $0.00 | $554.03 |
| 19 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 019 | Unsecured Creditors | $555.22 | $0.00 | $555.22 |
| 22 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $704.79 | $0.00 | $704.79 |

**Chapter 13 Case No. 18-11930-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 17 | M&T BANK<br>»» 017 | Mortgage Arrears | $21,622.21 | $10,059.96 | $11,562.25 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 014 | Unsecured Creditors | $1,177.55 | $0.00 | $1,177.55 |
| 15 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 015 | Unsecured Creditors | $608.95 | $0.00 | $608.95 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,108.11 | $0.00 | $1,108.11 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $1,284.06 | $0.00 | $1,284.06 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $626.00 | $0.00 | $626.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $1,968.31 | $0.00 | $1,968.31 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $590.17 | $0.00 | $590.17 |
| 7 | SANTANDER CONSUMER USA<br>»» 07s | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | SANTANDER CONSUMER USA<br>»» 07U | Unsecured Creditors | $13,772.79 | $0.00 | $13,772.79 |
| 23 | ALAINE V GRBACH ESQ<br>»» 023 | Attorney Fees | $2,225.00 | $2,225.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,854.80 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $12,284.96 | Arrearages: | ($531.44) |
| Paid to Trustee: | $1,141.51 | Total Plan Base: | $27,076.12 |
| Funds on Hand: | $428.33 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.