United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel R. Gehman  
Lynna K. Gehman  
    Debtor(s)

Case No. 18-11930-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Jan 07, 2021     Form ID: pdf900     Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel R. Gehman, 775 Sylvan Road, Lancaster, PA 17601-2442 |
| jdb | #+ | Lynna K. Gehman, 775 Sylvan Road, Lancaster, PA 17601-2442 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 08 2021 06:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 08 2021 06:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 06:44:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 10

Date: Jan 09, 2021      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

**Name**      **Email Address**

ALAINE V. GRBACH
     on behalf of Joint Debtor Lynna K. Gehman avgrbach@aol.com

ALAINE V. GRBACH
     on behalf of Debtor Daniel R. Gehman avgrbach@aol.com

ALAINE V. GRBACH
     on behalf of Plaintiff Lynna K. Gehman avgrbach@aol.com

ALAINE V. GRBACH
     on behalf of Plaintiff Daniel R. Gehman avgrbach@aol.com

FREDERICK L. REIGLE
     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

KEVIN G. MCDONALD
     on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
     on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
     on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
     on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

WILLIAM EDWARD CRAIG
     on behalf of Defendant Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| **DANIEL R. GEHMAN** AND | : | |
| **LYNA K. GEHMAN,** | : | BANKRUPTCY NO. 18-11930 |
| | : | |
| Debtors. | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Debtors to Amend their 13 Plan Post-Confirmation, it is hereby

**ORDERED,** that the Motion is **GRANTED**; it is further

**ORDERED,** that the Fifth Amended Plan filed on 12/30/20 (doc. no. 72) is **CONFIRMED.**

BY THE COURT:

/s/ Patricia M. Mayer

**Date: January 7, 2021**

HONORABLE PATRICIA M. MAYER,
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| **DANIEL R. GEHMAN** AND **LYNA K. GEHMAN,** | : | BANKRUPTCY NO. 18-11930 |
| | : | |
| Debtors. | : | |

## MOTION OF DEBTORS TO AMEND PLAN POST-CONFIRMATION

**AND NOW COMES** DANIEL R. GEHMAN and LYNA K. GEHMAN (the "Debtor"), by and through their counsel, Alaine V. Grbach, Esquire, who hereby moves this Honorable Court for an Order amending their plan post confirmation (the "Motion"), and in support thereof, respectfully represents as follows:

1. The above-captioned Debtors' Chapter 13 Plan has was confirmed by this Honorable Court on September 12, 2019.

2. After Confirmation, Debtor Husband's employer closed due to covid.

3. Due to the 2020 covid shut-down, Debtor Husband's outlook for continued employment is unstable.

4. Debtors' Confirmed Plan provides for a substantial cure of pre-petition mortgage arrears.

5. Debtor Husband now wishes to withdraw sufficient funds from his 401k to pay his remaining plan balance in full.

6. Debtors now wish to amend their Plan, Post-Confirmation, under and pursuant to the terms set forth in their Fourth Amended Plan, which has been filed with this Honorable Court today.

7. Debtor Husband will have the 401k funds available by the end of 2020.

8. Debtors represent that the instant Motion is in the best interest of Debtor, this Estate, and his Creditors.

**WHEREFORE**, the Debtors respectfully request this Honorable Court enter an Order (i) Granting Debtors' Motion to Amend this Plan Post-,Confirmation, and (ii) granting such other and further relief as this Honorable Court deems just and proper.

**Respectfully submitted,**

**ALAINE V. GRBACH, ESQ.**

By: /s/ Alaine V. Grbach
**ALAINE V. GRBACH, ESQ.**
675 Estelle Drive
Lancaster, PA 17601
Counsel to the Debtor

Dated: 12/9/2020

2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 13 |
| : | |
| **DANIEL R. GEHMAN** AND | |
| **LYNA K. GEHMAN,** | |
| : | **BANKRUPTCY NO. 18-11930** |
| : | |
| **Debtors.** : | |

## CERTIFICATE OF SERVICE

I, Alaine V. Grbach, Esquire, hereby certify that on the 29th day of December, 2020, I directed to be served a copy of the Motion of Debtor to Amend Plan Post-Confirmation, FOURTH Amended Plan, Notice of Hearing and Proposed Order either by e-notice or mailed via first class mail postage prepaid of to the Debtors and the following:

All e-notice parties

All creditors on the Attached Service List

The Office of the United States Trustee
**Scott Waterman, Trustee**
(via email)

**ALAINE V. GRBACH, ESQ.**

By:   /s/ Alaine V. Grbach,
ALAINE V. GRBACH
Counsel to the Debtor

Dated: 12/9/2020