## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **DANIELR. GEHMAN. &,**<br>   **LYNNA K. GEHMAN,** | : | CHAPTER  13 |
| | : | CASE No.  18-11930 (PMM_ |
| DEBTORS. | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Application for Supplemental Compensation("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,000.00 ,

for legal services performed post-confirmation,

to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Dated: 2/16/21

_Patricia M. Mayer_
_____
**Patricia M. Mayer,**
**U.S. BANKRUPTCY JUDGE**