Certificate Number: 05781-PAE-DE-035529343

Bankruptcy Case Number: 18-11930



05781-PAE-DE-035529343

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 2, 2021</u>, at <u>11:05</u> o'clock <u>AM PDT</u>, <u>Daniel Gehman</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 2, 2021</u>              By:    <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title: <u>President</u>