Certificate Number: 05781-PAE-DE-035529345

Bankruptcy Case Number: 18-11930



05781-PAE-DE-035529345

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on April 2, 2021, at 11:05 o'clock AM PDT, Lynna Gehman completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    April 2, 2021                By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President