United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel R. Gehman  
Lynna K. Gehman  
    Debtors

Case No. 18-11930-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: May 13, 2021     Form ID: 138NEW     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel R. Gehman, Lynna K. Gehman, 775 Sylvan Road, Lancaster, PA 17601-2442 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14094625 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14078078 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14105618 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14078083 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14091976 | + | LakeView Loan Servicing, LLC, c/o KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14078091 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14091999 | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2021 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 14 2021 01:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14078077 | + | Email/Text: backoffice@affirm.com | May 14 2021 01:40:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14078079 | + | Email/Text: bankruptcy@cavps.com | May 14 2021 01:40:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 14079685 | + | Email/Text: bankruptcy@cavps.com | May 14 2021 01:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14084234 | | Email/Text: mrdiscen@discover.com | May 14 2021 01:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14078081 | + | Email/Text: mrdiscen@discover.com | May 14 2021 01:39:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14078082 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2021 01:40:00 | Jefferson Capital Systems, LLC, Po Box 7999, Saint Cloud, MN 56302 |
| 14078080 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 14 2021 01:24:02 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14078084 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 18-11930-pmm   Doc 86   Filed 05/15/21   Entered 05/16/21 00:45:00   Desc Imaged
                    Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2021 | Form ID: 138NEW | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | May 14 2021 01:39:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14115097 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2021 01:21:34 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14078085 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2021 01:21:34 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14106145 | | Email/Text: camanagement@mtb.com | May 14 2021 01:39:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14078086 | | Email/Text: camanagement@mtb.com | May 14 2021 01:39:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14105345 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2021 01:40:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14078087 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2021 01:40:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14078088 | + | Email/Text: Bankruptcies@nragroup.com | May 14 2021 01:40:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14078090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2021 01:18:54 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14083875 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2021 01:21:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14078089 | + | Email/Text: bkrnotice@prgmail.com | May 14 2021 01:40:00 | Paragon Revenue Group, Attn: Bankruptcy, 216 Le Phillip Ct Ne, Concord, NC 28025-2954 |
| 14097589 | | Email/Text: bnc-quantum@quantum3group.com | May 14 2021 01:39:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14078092 | + | Email/Text: bankruptcy@sw-credit.com | May 14 2021 01:40:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14078825 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:21:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14079686 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14114068 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: May 13, 2021 Form ID: 138NEW Total Noticed: 36

Date: May 15, 2021  Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Joint Debtor Lynna K. Gehman avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Debtor Daniel R. Gehman avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Plaintiff Lynna K. Gehman avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Plaintiff Daniel R. Gehman avgrbach@aol.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| KEVIN G. MCDONALD | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com |
| WILLIAM EDWARD CRAIG | on behalf of Defendant Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Daniel R. Gehman and Lynna K. Gehman

        Debtor(s)                                    Bankruptcy No: 18−11930−pmm

                                                      Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                             For The Court
                                                                         Timothy B. McGrath
                                                                         Clerk of Court

Dated: 5/13/21

                                                                                                       85 − 84
                                                                                               Form 138_new